982 A.2d 966

IN THE MATTER OF JACQUELINE R.
HARRIS, AN ATTORNEY AT LAW.

November 4, 2009.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 09–038, concluding that **JACQUELINE R. HARRIS** of **ORANGE,** who was admitted to the bar of this State in 1990, should be censured for violating *RPC* 1.15(b) (failure to promptly notify third party of receipt of funds in which party has interest and failure to promptly deliver funds), and *RPC* 8.1(b) (failure to cooperate with disciplinary authorities);

And the Disciplinary Review Board having further concluded that respondent should be required to take six hours of courses in professional responsibility and that the Office of Attorney Ethics should conduct an audit of her trust account records in respect of the *Cobb* matter;

And good cause appearing;

It is ORDERED that **JACQUELINE R. HARRIS** is hereby censured; and it is further

ORDERED that respondent shall enroll in and successfully complete six hours of courses in the area of professional responsibility approved by the Office of Attorney Ethics on a schedule approved by the Office of Attorney Ethics; and it further

ORDERED that the Office of Attorney Ethics shall audit the attorney accounts of **JACQUELINE R. HARRIS** in respect of the *Cobb* matter, and respondent shall cooperate fully with the Office of Attorney Ethics in its investigation; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.